ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

JS-6/Enter

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 1/18/12
Denise VO
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LOPEZ, | Case No. EDCV 11-834-VBF (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JAMES A. YATES (Warden), | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 1-13-12

Valerie Fairbank
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE